UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARCUS SALISBURY** )<br>)<br>Plaintiff )  Case Number: 13-cv-35<br>)<br>vs. )<br>)<br>**PREMIER RECOVERY GROUP, INC.** )<br>)<br>Defendant )<br>) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, MARCUS SALISBURY, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

Warren Law Group, P.C.

BY:   /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
856-848-4572

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

MARCUS SALISBURY

*Plaintiff(s)*

v.   Civil Action No. 1:13-CV-35

PREMIER RECOVERY GROUP, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Premier Recovery Group, Inc.
395 East Ferry Street
Buffalo, NY  14208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce K. Warren, Esq.
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ  08096
856-848-4572
Bruce@warren-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  January 11, 2013



_Signature of Clerk or Deputy Clerk_